Gwen Rutar Mullins, Esq.
Nevada Bar No. 3164
Wade B. Gochnour, Esq.
Nevada Bar No. 6314
Thomas W. Davis, Esq.
Nevada Bar No. 2531
**HOWARD & HOWARD ATTORNEYS PLLC**
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
E-Mail Address:  grm@h2law.com
　　　　　　　　wbg@h2law.com
　　　　　　　　twd@h2law.com

*Attorney for Defendant Las Vegas Paving Corporation*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LAURI L. MIDDLETON, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS PAVING CORPORATION; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive;<br><br>　　　　　Defendants. | Case No.: 2-14-CV-01568-LDG(NJK)<br><br>**STIPULATION AND ORDER TO RESCHEDULE EARLY NEUTRAL EVALUATION SESSION** |

WHEREAS, on November 18, 2014, an Order was entered vacating the Early Neutral Evaluation session originally scheduled for December 10, 2014 at 9:30 a.m. and rescheduling the Early Neutral Evaluation session for December 11, 2014 at 1:30 p.m. in the Chambers of the United States Magistrate Judge, Peggy A. Leen;

WHEREAS, Defendant Las Vegas Paving Corporation is not available to attend the Early Neutral Evaluation session on December 11, 2014;

/ / /

/ / /

WHEREAS, the parties to this action and their counsel obtained four available dates from the United States Magistrate Judge Peggy A. Leen, namely January 22, 2015 at 1:30 p.m., January 23, 2015 at 9:30 a.m., January 28, 2015 at 9:30 a.m. and January 30, 2015 at 9:30 a.m.

WHEREAS, out of those dates provided by the Court, the parties and their respective counsel are available to attend the Early Neutral Evaluation session with Judge Peggy A. Leen on January 30, 2015 at 9:30 a.m.

WHEREAS, the parties and their respective counsel wish to reschedule the Early Neutral Evaluation session currently scheduled for December 11, 2014 at 1:30 p.m. to January 30, 2014 at 9:30 a.m.

WHEREAS, the parties wish to vacate and reschedule the deadline for the Chambers to receive the confidential ENE statements which is currently due on or before 4:00 p.m., December 4, 2014 to 4:00 p.m., January 23, 2015.

Based upon the foregoing, Plaintiff LAURI L. MIDDLETON, by and through her counsel of record Christian Gabroy, Esq. of the law firm of GABROY LAW OFFICES and Defendant, LAS VEGAS PAVING CORPORATION, by and through its counsel, Gwen Rutar Mullins, Esq., Wade B. Gochnour, Esq. and Thomas W. Davis, II, Esq., of the law firm of Howard & Howard Attorneys PLLC, HEREBY STIPULATE AND AGREE to vacate and continue the Early Neutral Evaluation Session currently set for December 11, 2014 at 1:30 p.m..

IT IS FURTHER STIPULATED AND AGREED that the Early Neutral Evaluation Session shall be rescheduled and held on **January 30, 2015 at 9:30 a.m**. in the Chambers of the United States Magistrate Judge Peggy A. Leen, Room 3071, Lloyd D. George Courthouse, 333 Las Vegas Boulevard South, Las Vegas Nevada.

IT IS FURTHER STIPULATED AND AGREED that written confidential evaluation statements be delivered directly to the Chambers of the United States Magistrate Judge Peggy A. Leen, in a sealed envelope MARKED CONFIDENTIAL AND DO NOT FILE, by **4:00 p.m., January 23, 2015.**

/ / /

/ / /

IT IS FURTHER STIPULATED AND AGREED that all other instructions within the original Scheduling Order ENE (Dkt. #10) remain.

DATED this 20th day of November 2014.

| **GABROY LAW OFFICES** | **HOWARD & HOWARD ATTORNEYS PLLC** |
|---|---|
| /s/  Christian Gabroy | / s/   Gwen Rutar Mullins |
| Christian Gabroy, Esq. | Gwen Rutar Mullins, Esq. |
| 170 S. Green Valley Pkwy., Ste. 280 | Nevada Bar No. 3146 |
| Henderson, Nevada 89012 | Wade B. Gochnour, Esq. |
| Nevada Bar No. 8805 | Nevada Bar No. 6314 |
| Phone: (702) 259-7777 | Thomas W. Davis, Esq. |
| christian@gabroy.com | Nevada Bar No. 2531 |
| *Attorney for Plaintiff Lauri L. Middleton* | 3800 Howard Hughes Pkwy., Ste. 1000 |
| | Las Vegas, Nevada 89169 |
| | Phone:  702) 257-1483 |
| | grm@h2law.com,  wbg@h2law.com, twd@h2law.com |
| | *Attorneys for Defendant Las Vegas Paving Corporation* |

**IT IS SO ORDERED.**

_____
PEGGY A. LEEN,
UNITED STATES MAGISTRATE JUDGE

Dated: November 25, 2014

**Howard & Howard Attorneys PLLC**
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
(702) 257-1483