Gwen Rutar Mullins, Esq.
Nevada Bar No. 3164
Wade B. Gochnour, Esq.
Nevada Bar No. 6314
Thomas W. Davis, II, Esq.
Nevada Bar No. 2531
**HOWARD & HOWARD ATTORNEYS PLLC**
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
Telephone:  (702) 257-1483
Facsimile:  (702) 567-1568
E-Mail Address:  grm@h2law.com
                 wbg@h2law.com
                 twd@h2law.com

*Attorney for Defendant Las Vegas Paving Corporation*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LAURI L. MIDDLETON, an individual, | Case No.:  2:14-cv-01568-LDG(NJK) |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| LAS VEGAS PAVING CORPORATION; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive; | |
| Defendants. | |

Plaintiff, LAURI L. MIDDLETON ("Middleton"), by and through her counsel of record, Christian Gabroy, Esq. of the law firm of GABROY LAW OFFICES and Defendant LAS VEGAS PAVING CORPORATION ("LVPC"), by and through its counsel of record, Gwen Rutar Mullins, Esq., Wade B. Gochnour, Esq. and Thomas W. Davis, II, Esq. of the law firm HOWARD & HOWARD ATTORNEYS PLLC, HEREBY STIPULATE AND AGREE that other than the claim for overtime brought under Fair Labor Standards Act and NRS 608.005, et seq. that is currently pending before JAMS, all complaints, claims, counterclaims or

other causes of action asserted herein or that could have been asserted herein by Middleton against LVPC in the above-referenced action be dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that each party bears its own attorneys' fees and costs associated with this action.

IT IS FURTHER STIPULATED AND AGREED that to date no Order setting civil trial has been issued.

IT IS FURTHER STIPULATED AND AGREED that an Order approving this Stipulation may be entered.

DATED this 19th day of February 2015.

| GABROY LAW OFFICES | HOWARD & HOWARD ATTORNEYS PLLC |
|---|---|
| /s/ Christian Gabroy | /s/ Gwen Rutar Mullins |
| Christian Gabroy, Esq. | Gwen Rutar Mullins, Esq. |
| Nevada Bar No. 8805 | Nevada Bar No. 3146 |
| 170 S. Green Valley Pkwy., Ste. 280 | Wade B. Gochnour, Esq. |
| Henderson, Nevada 89012 | Nevada Bar No. 6314 |
| *Attorney for Plaintiff Lauri L. Middleton* | Thomas W. Davis, II, Esq. |
| | Nevada Bar No. 2531 |
| | 3800 Howard Hughes Pkwy., Ste. 1000 |
| | Las Vegas, Nevada 89169 |
| | *Attorneys for Defendant Las Vegas Paving Corporation* |

## ORDER

Pursuant to the Stipulation entered above,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED the above-referenced action and all complaints, claims, counterclaims or other causes of action asserted herein or that could have been asserted herein by Middleton against LVPC other than the claim for overtime brought under Fair Labor Standards Act and NRS 608.005, et seq. that is currently pending before JAMS be and hereby is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party bears its own attorneys' fees and costs associated with this action.

Dated this 20 day of February 2015.

_____
U.S. DISTRICT COURT JUDGE
LLOYD D. GEORGE

Respectfully Submitted By:

**HOWARD & HOWARD ATTORNEYS PLLC**

/s/ Gwen Rutar Mullins
Gwen Rutar Mullins, Esq.
Nevada Bar No. 3146
Wade B. Gochnour, Esq.
Nevada Bar No. 6314
Thomas W. Davis, II, Esq.
Nevada Bar No. 2531
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, Nevada 89169
*Attorneys for Defendant*
*Las Vegas Paving Corporation*

4836-6373-4561, v. 1